# Alan B. Pearl & Associates, P.C.

### Counselors at Law
6800 Jericho Turnpike - Suite 218E
Syosset, New York 11791

**Alan B. Pearl**
Member New York &
Florida Bars

**Brian J. Shenker**
Member New York &
New Jersey Bars

(516) 921-6645
*Fax (516) 921-6774
*E-mail: info@pearl-law.com
Website: www.pearl-law.com

(*Not for service of papers)

**Beth F. Fagin**
Member New York Bar

**William M. Brown**
Member New York Bar

March 10, 2015

**Via ECF**
Honorable Steven M. Gold
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, New York 11201

Re: Ruvinsky v. Rayed Restaurant Corp., et al.
Civil Action No. 14-2495 (RJD) (SMG)

Dear Judge Gold:

The undersigned represents the Defendants in the above captioned matter. The undersigned has counseled Defendants with respect to lawful pay practices and record keeping pursuant to the New York Labor Law and the Fair Labor Standards Act. Our clients report that their pay practices going forward will comply with federal and state laws.

Respectfully submitted,

Alan B. Pearl

cc: Brent Pelton, Esq. (via ECF)